**IT IS ORDERED as set forth below:**

Date: January 24, 2019

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Jacquelyn Rochelle Hicks, | ) | |
| Debtor. | ) | CASE NO. 17-52055 - LRC |

**ORDER GRANTING DEBTOR'S MOTION TO RETAIN INSURANCE PROCEEDS AND APPLICATION FOR COMPENSATION FOR SPECIAL COUNSEL**

On November 9, 2018, Debtor filed a *Motion to Retain Insurance Proceeds and Application for Compensation for Special Counsel* ("Motion") (Doc No. 67). Debtor's home floors recently suffered damage evaluated by the insurance company as totaling approximately $5,480.06 after accounting for the applicable deductible and recoverable depreciation as calculated by the insurance company. Debtor respectfully requests that she be allowed to retain the insurance proceeds so that she may repair the damage to her home floors.

In the Motion, King & King Law LLC is applying to the Bankruptcy Court for the allowance and payment of $300.00 as set forth in the Disclosure Statement filed in this case and Paragraph 4(B) of the Debtor's confirmed Chapter 13 Plan. Upon Notice, the Motion was set for hearing January 15, 2019. No party in interest appeared in opposition to Debtor's Motion; therefore, it is hereby

**ORDERED** that the Motion is GRANTED: Debtor is allowed to retain the insurance proceeds in the amount of $5,480.06. Debtor shall use the insurance proceeds to repair the damages to her home floors.

**IT IS FURTHER ORDERED** that within thirty (30) days of this Order, Debtor shall remit to the Chapter 13 Trustee a copy of the receipts, evidencing proof of of repairs.

**IT IS FURTHER ORDERED** that King & King Law LLC is granted additional compensation in the amount of $300.00 for fees and cost associated with the Motion. This fee shall be included in Debtor's Chapter 13 plan and shall be funded by Trustee.

**[END OF DOCUMENT]**

*Signatures on following page*

Prepared By:


_____/S/
Alaina Joseph, Attorney for Debtor
Georgia Bar Number 940583
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com

No Opposition:


_____/S/_*with express permission*
Mandy K. Campbell
Georgia Bar Number 142676
Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street NW, Suite 200
Atlanta, GA 30303
Staff Attorney


**DISTRIBUTION LIST**


King & King Law LLC
215 Pryor Street
Atlanta, GA 30303


Jacquelyn Rochelle Hicks
120 Aderhold Street
Fairburn, GA 30213


Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street NW, Suite 200
Atlanta, GA 30303