**IT IS ORDERED as set forth below:**

**Date: November 9, 2020**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Jacquelyn Rochelle Hicks, | ) | |
| Debtor. | ) | CASE NO.17-52055 - LRC |

**AMENDED ORDER GRANTING MOTION TO APPROVE SETTLEMENT
AGREEMENT, APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL, AND
APPLICATION FOR COMPENSATION OF DEBTOR'S COUNSEL**

On July 2, 2020, Debtor Jacquelyn Rochelle Hicks filed a Motion to Approve Settlement Agreement for approval of compromise and settlement of a personal injury claim against Karen Rittler in the amount of $7,700.00 (Doc No. 80).   On August 12, 2020, an order was entered approving the settlement (Doc No. 82) of the claim in the amount of $7,700.00 and approving the following disbursement of the settlement proceeds:

      a. Special Counsel Fees            $1,925.00
      b. Legal Expenses                 $     89.63
      c. Medical Bills Related to the Claim    $5,508.25
      ==================================================
      **d. Balance to Debtor/Chapter 13 Trustee     $   177.12**

The Order also provided that Debtor would remit the $177.12 to the Trustee to pay into her bankruptcy case.Following the entry of the order, Special Counsel advised that the total settlement amount was $7,773.25. The new disbursement of the settlement proceeds shall be as follows:

      a. Special Counsel Fees                     $1,925.00

      b. Legal Expenses                          $     89.63
      c. Medical Bills Related to the Claim      $5,508.25

      ==================================================
      **d. Balance to Debtor/Chapter 13 Trustee     $   235.93**

The Debtor shall remit the $235.93 to the Trustee to pay into her bankruptcy case.

In the Motion, King & King Law LLC applied to the Bankruptcy Court for the allowance and payment of $300.00 as set forth in the Disclosure of Compensation Statement filed in this case and Paragraph 4(B) of the Debtor's confirmed Chapter 13 Plan. Upon notice, the Motion was set for hearing July 28, 2020.  No party appeared in opposition to the Motion; therefore, it is hereby

**ORDERED** that Debtor's Motion is GRANTED:   Debtor is authorized to disburse the settlement proceeds amended above.

**IT IS FURTHER ORDERED** that $235.93 of the settlement proceed shall be remitted to the Chapter 13 Trustee for payment to creditors in the bankruptcy pursuant to the terms of the Plan.

**IT IS FURTHER ORDERED** that King & King Law LLC was granted additional compensation in the amount of $300.00 for fees and cost associated with the Motion pursuant to the original Order. This award of additional fee remains approved, but no further fee is awarded for the preparation of the Amended Order.

### [END OF DOCUMENT]

Prepared By:

　/s/_____
Alaina Joseph
GA Bar No. 940583
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com
Attorney for Debtor

No Opposition:

　/s/_____with express permission
Mandy K. Campbell
GA Bar No. 142676
Melissa Davey, Chapter 13 Trustee
260 Peachtree Street NW, Suite 200
Atlanta, GA 30303
Staff Attorney

## **DISTRIBUTION LIST**

King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Jacquelyn Rochelle Hicks
120 Aderhold Street
Fairburn, GA 30213

Melissa Davey, Chapter 13 Trustee
260 Peachtree Street NW, Suite 200
Atlanta, GA 30303

Morgan & Morgan
PO Box 57007
Atlanta, GA 30343